**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kenneth Chism<br>&<br>Donna Chism<br>　　　　　Debtors | CHAPTER 13<br><br>BKY. NO. 16-15128 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of DiTech Financial as Servicer for The Bank of New York Mellon FKA The Bank of New York as trustee for the certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-14, as authorized servicer for CWABS, Inc., Asset-Backed Certificates Trust 2005-14, as owner and holder of account/contract originated by Countrywide Mortgage Ventures, LLC, and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734