# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 16-15128-ELF

KENNETH CHISM
DONNA CHISM
7417 Elmwood Avenue

Philadelphia, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KENNETH CHISM
    DONNA CHISM
    7417 Elmwood Avenue

    Philadelphia, PA 19153

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 1/25/2017

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee