## UNITED STATES BANKRUPTCY COURT
## <u>EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    KENNETH CHISM and | : | |
|    DONNA CHISM, | : | |
|       Debtors | : | Bky. No.  16-15128 ELF |

# <u>O R D E R</u>

**AND NOW,** upon consideration of the Debtors'  Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtors'  Amended Chapter 13 Plan (Doc. #40) is **APPROVED**.


**Date: November 15, 2017**

_____

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**