United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth Chism  
Donna Chism  
      Debtors

Case No. 16-15128-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Jan 10, 2018  
                       Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13839037        E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2018 02:14:44     THE BANK OF NEW YORK MELLON,  
         c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154  
                                                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:  
        ANDREW  SPIVACK   on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com  
        BRAD J. SADEK   on behalf of Joint Debtor Donna   Chism brad@sadeklaw.com, bradsadek@gmail.com  
        BRAD J. SADEK   on behalf of Debtor Kenneth   Chism brad@sadeklaw.com, bradsadek@gmail.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York as trustee for the certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-14, as authorized servicer for CWABS, Inc., Asset-B bkgroup@kmllawgroup.com  
        JEROME B. BLANK   on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                                                              TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15128-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kenneth Chism
7417 Elmwood Avenue
Philadelphia PA 19153

Donna Chism
7417 Elmwood Avenue
Philadelphia PA 19153

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/04/2018.

Name and Address of Alleged Transferor(s):

Claim No. 29: THE BANK OF NEW YORK MELLON, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

The Bank of New York Mellon, et al
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/12/18

Tim McGrath
**CLERK OF THE COURT**