United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15128-elf
Kenneth Chism                                                           Chapter 13
Donna Chism
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia      Page 1 of 1            Date Rcvd: Mar 13, 2018
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13810573       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:27      Synchrony Bank,
     c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                                                                                                   TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
           ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
           BRAD J. SADEK    on behalf of Joint Debtor Donna  Chism brad@sadeklaw.com,   bradsadek@gmail.com
           BRAD J. SADEK    on behalf of Debtor Kenneth  Chism brad@sadeklaw.com,   bradsadek@gmail.com
           DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York as trustee for the certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-14, as authorized servicer for CWABS, Inc., Asset-B bkgroup@kmllawgroup.com
           JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                                                                 TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15128-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kenneth Chism
7417 Elmwood Avenue
Philadelphia PA 19153

Donna Chism
7417 Elmwood Avenue
Philadelphia PA 19153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2018.

Name and Address of Alleged Transferor(s):

Claim No. 18: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541

Name and Address of Transferee:

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/15/18

Tim McGrath
**CLERK OF THE COURT**