# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>Kenneth Chism and Donna Chism,<br>       Debtors<br><br>THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14, its assignees and/or successors in interest,<br>       Movant<br><br>vs.<br><br>Kenneth Chism and Donna Chism,<br>       Respondents<br>William C. Miller,<br>       Trustee | CHAPTER 13<br><br>CASE NO.: 16-15128-elf<br><br>**HEARING DATE:**<br>Tuesday, February 12, 2019<br>9:30 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 1<br>900 Market Street<br>Philadelphia, PA 19107 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Movant has filed a Motion for Relief From Automatic Stay with the Court for relief from the Automatic Stay to permit Movant to foreclose on the property located at **7417 Elmwood Ave., Philadelphia, Pennsylvania 19153**.*

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this case . (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before January 30, 2019, you or your attorney must do all of the following:

        (a) file an answer explaining you position at:

        United States Bankruptcy Court Clerk
        Eastern District of Pennsylvania
        900 Market Street, Suite 400
        Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

    (b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

*William C. Miller, Trustee*
*P.O. Box 1229*
*Philadelphia, PA 19105*

*Office of the U.S. Trustee*
*833 Chestnut Street, Suite 500*
*Philadelphia, PA 19107*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on Tuesday, February 12, 2019 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: January 16, 2019