United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15128-elf
Kenneth Chism                                                           Chapter 13
Donna Chism
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 08, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db/jdb         +Kenneth Chism,    Donna Chism,    7417 Elmwood Avenue,    Philadelphia, PA 19153-1414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRAD J. SADEK    on behalf of Debtor Kenneth  Chism brad@sadeklaw.com, bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Donna  Chism brad@sadeklaw.com, bradsadek@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as trustee for the certificateholders of the CWABS Inc., Asset-Backed Certificates, Series
               2005-14, as authorized servicer for CWABS, Inc., Asset-B bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon, et al, its assignees
               and/or successors in interest jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of<br><br>Kenneth Chism and Donna Chism,<br>　　Debtors.<br><br>---<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14, its assignees and/or successors in interest,<br>　　Movant<br><br>vs.<br><br>Kenneth Chism and Donna Chism,<br>　　Respondent<br>and<br>William C. Miller,<br>　　Trustee. | CHAPTER 13<br><br>CASE NO. 16-15128-elf<br><br>HEARING DATE: 02/12/2019<br>HEARING TIME: 9:30 a.m.<br><br>LOCATION<br>U.S. Bankruptcy Court<br>Eastern District of Pennsylvania<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 1<br>900 Market Street<br>Philadelphia, PA 19107 |

## CONSENT ORDER RE MOTION FOR RELIEF

IT IS HEREBY CONSENTED by and between Movant, The Bank of New York Mellon, f/k/a The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14, its assignees and/or successors in interest, through its retained counsel, Jason Brett Schwartz, Esquire, and Debtors Kenneth Chism and Donna Chism, through their counsel, Brad J. Sadek, Esquire, and William C. Miller, Chapter 13 Trustee, as follows:

1.　　Debtors shall maintain the regular monthly payments on Movant's loan obligation, and otherwise comply with all other terms of the subject Note and Mortgage, including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, encumbering the subject Property, generally described as 7417 Elmwood Ave., Philadelphia, Pennsylvania

1

19153, in a timely fashion, commencing with the March 1, 2019 payment. Payments on Movant's loan obligation shall be made to Movant's servicing agent, Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

2. Debtors shall pay off arrearages in the total amount of $7,557.52, representing the monthly payments from September 2018 through February 2019 plus attorneys' fees and costs of $1,031.00, less applied suspense of $-789.12. Said arrearages shall be paid in monthly installments of $839.73 each, commencing March 15, 2019, and continuing on the 15th day of each month thereafter until October 15, 2019, with the balance of $839.68 to be paid on or before November 15, 2018. Said payments shall be made to Movant's servicing agent Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

3. In the event Debtor fails to timely and properly comply with the payments set forth in Paragraph 1 or 2 hereinabove, or any other terms of the subject Note and Mortgage including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, Movant may mail a Letter of Default to Debtors and Debtors' counsel. Debtors shall have fifteen (15) days from the date of mailing of said Letter within which to cure the existing breach. If Debtors fail to do so, then on the sixteenth (16th) day, Movant shall serve and lodge a Certification of Default along with a final Order for Relief from the Automatic Stay. Upon the entry of said Order, the Automatic Stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, allowing Movant to proceed with foreclosure of the subject Property, pursuant to applicable State law.

4. Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

2

5. Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any Order for Relief from the Automatic Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

6. A Notice of Fees, Expenses, and Charges pursuant to Bankruptcy Rule 3002.1(c) is not required for the fees and costs included and disclosed as part this Order.

7. Debtors and Movant hereby acknowledge that except as modified by this Consent Order, all terms, conditions, rights and remedies contained in the loan documents shall remain in full force and effect and continue to remain valid and enforceable. Debtors further acknowledge and agree that this consent order is a supplement in addition to the loan documents and not in lieu thereof.

8. The parties agree that a signature transmitted electronically or by facsimile shall be accorded the same force and effect, and may be submitted to the Court. Any amendments to this consent order must be in writing signed by both the Debtors and the Movant or their respective counsel.

Dated: _____

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Retained Counsel for Movant
1333 Race Street
Philadelphia, PA 19107
Telephone: (267) 909-9036
Facsimile: (215) 665-1393
E-Mail: jschwartz@mesterschwartz.com
C.241-6689.NF

3

Dated: 2/11/19

SADEK AND COOPER

Brad J. Sadek, Esquire
Counsel for Debtors
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
Telephone: (215) 545-0008
Facsimile: (215) 545-0611
E-Mail: brad@sadeklaw.com

Dated: 2/14/19

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Telephone: (215) 627-1377

# O R D E R

The foregoing Stipulation is **APPROVED**.

Date: 3/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

4