**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kenneth Chism                                    CHAPTER 13

               Debtor(s)                                    BKY. NO. 16-15128 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 and index same on the master mailing list.

                                                               Respectfully submitted,
                                                              **/s/ Rebecca A. Solarz Esquire**
                                                               Rebecca A Solarz, Esquire
                                                               Kevin G. McDonald, Esquire
                                                               KML Law Group, P.C.
                                                               701 Market Street, Suite 5000
                                                               Philadelphia, PA 19106-1532
                                                               (215) 627-1322