United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth Chism  
Donna Chism  
      Debtors

Case No. 16-15128-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 04, 2020  
                       Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13794517        E-mail/Text: ktramble@lendmarkfinancial.com May 05 2020 03:19:33  
          Lendmark Financial Services LLC assignee of,    Springleaf Financial Services of Pennsyl,  
          2118 Usher Street NW,    Covington, Georgia 30014
                                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2020 at the address(es) listed below:
          ANDREW    SPIVACK     on behalf of Creditor     Toyota Motor Credit Corporation paeb@fedphe.com  
          BRAD J. SADEK     on behalf of Debtor Kenneth   Chism brad@sadeklaw.com,    bradsadek@gmail.com  
          BRAD J. SADEK     on behalf of Joint Debtor Donna   Chism brad@sadeklaw.com,    bradsadek@gmail.com  
          DENISE ELIZABETH CARLON     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New  
           York as trustee for the certificateholders of the CWABS Inc., Asset-Backed Certificates, Series  
           2005-14, as authorized servicer for CWABS, Inc., Asset-B bkgroup@kmllawgroup.com  
          JASON BRETT SCHWARTZ     on behalf of Creditor     The Bank of New York Mellon, et al, its assignees  
           and/or successors in interest jschwartz@mesterschwartz.com  
          JEROME B. BLANK     on behalf of Creditor     Toyota Motor Credit Corporation paeb@fedphe.com  
          REBECCA ANN SOLARZ     on behalf of Creditor     THE BANK OF NEW YORK MELLON, F/K/A The Bank of New  
           York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                              TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15128-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Kenneth Chism<br>7417 Elmwood Avenue<br>Philadelphia PA 19153 | Donna Chism<br>7417 Elmwood Avenue<br>Philadelphia PA 19153 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Lendmark Financial Services LLC assignee of, Springleaf Financial Services of Pennsyl, 2118 Usher Street NW, Covington, Georgia 30014 | Oak Harbor Capital Opportunities Fund V, LP<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/06/20

Tim McGrath
**CLERK OF THE COURT**