United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kenneth Chism  
Donna Chism  
    Debtors

Case No. 16-15128-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Chism, Donna Chism, 7417 Elmwood Avenue, Philadelphia, PA 19153-1414 |
| cr | + | Ditech Financial LLC, 1400 Turbine Drive Suite 200, Rapid City, SD 57703, US 57703-4719 |
| cr | + | The Bank of New York Mellon, et al, its assignees, c/o Prober & Raphael, ALC, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364-6207 |
| 13762909 | ++ | AMERICAN CREDIT EXCHANGE, PO BOX 31622, LAS VEGAS NV 89173-1622 address filed with court:, American Credit Exchange, Inc., 5920 S Rainbow Blv, Las Vegas, NV 89118 |
| 13762915 | + | Credit First/CFNA, Bk13 Credit Operations, P.O. Box 818011, Cleveland, OH 44181-8011 |
| 13762916 | + | Ditech Financial LLC, 332 Minnesota St, Ste 610, Saint Paul, MN 55101-1314 |
| 13762917 | + | Eagle One Federal Credit Union, P.O. Box 33345, Philadelphia, PA 19142-0545 |
| 13762920 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13762921 | + | Hoosier United Credit, 130 E. Washington Street, Indianapolis, IN 46204-4605 |
| 13762922 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, P.O. Box 1799, Akron, OH 44309-1799 |
| 13762923 | + | Lendmark Financial Services, Barclay Square Shopping Center, 1500 Garrett Road, Ste F, Upper Darby, PA 19082-4519 |
| 14024856 | + | PROBER & RAPHAEL,, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364-6207 |
| 13762927 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13762928 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 13839037 | | THE BANK OF NEW YORK MELLON, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14467251 | + | THE BANK OF NEW YORK MELLON, F/K/A, The Bank of New, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000 Philadelphia, PA 19106-1541 |
| 13762934 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 13762933 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 13869210 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13773247 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13762935 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 13762936 | + | Visa Dept Store National Bank, Attn: Bankruptcy, P.O. Box 8053, Mason, OH 45040-8053 |
| 13762937 | | Wells Fargo, PO Box 10368, Des Moines, IA 50306-0368 |
| 13774547 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 14072530 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

Case 16-15128-elf    Doc 66    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | 2001 Western Avenue, Oak Harbor Capital Opportunit, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:17 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13850456 | + | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13762910 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 17 2021 03:36:00 | Citadel Federal Cred Union, Attn: Collections/Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13762911 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:02:30 | Citibank, Citicorp/Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 13762912 | + | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1663 |
| 13762913 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 17 2021 03:35:00 | Convergent Outsoucing, Inc, P.O. Box 9004, Renton, WA 98057-9004 |
| 13762914 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 17 2021 03:37:00 | Credit Collection, P.O. Box 710, Norwood, MA 02062-0710 |
| 13835489 | | Email/Text: G06041@att.com | Apr 17 2021 03:35:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13762919 | + | Email/Text: bknotice@ercbpo.com | Apr 17 2021 03:34:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13794517 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 17 2021 03:31:00 | Lendmark Financial Services LLC assignee of, Springleaf Financial Services of Pennsyl, 2118 Usher Street NW, Covington, Georgia 30014 |
| 13762924 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2021 03:52:36 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 13767589 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2021 04:02:11 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13817612 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2021 03:34:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13762925 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2021 03:34:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13762926 | + | Email/Text: bnc@nordstrom.com | Apr 17 2021 03:31:27 | Nordstrom FSB, Correspondence, P.O. Box 6555, Englewood, CO 80155-6555 |
| 14499124 | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | Oak Harbor Capital Opportunities Fund V, LP, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13769368 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 04:11:00 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 14113787 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 03:51:59 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13762929 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:01:34 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 3 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13804477 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 03:52:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13812296 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2021 03:34:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13765555 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:32:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 13765603 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 04:01:50 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13789139 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Apr 17 2021 04:00:53 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14191166 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:17 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 13810573 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13762931 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:17 | Synchrony Bank, P.O. Box 965064, Orlando, FL 32896-5064 |
| 13762932 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:17 | Synchrony Bank/Walmart, P.O. Box 965064, Orlando, FL 32896-5064 |
| 13837290 | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14036365 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 17 2021 03:31:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | *+ | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 13762930 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13762918 | ##+ | Eastern Account System, 75 Glen Rd, Ste 310, Sandy Hook, CT 06482-1175 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021        Signature:        /s/Joseph Speetjens

Case 16-15128-elf    Doc 66    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Joint Debtor Donna Chism brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Kenneth Chism brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as trustee for the certificateholders of the CWABS Inc. Asset-Backed Certificates, Series 2005-14, as authorized servicer for CWABS, Inc., Asset-B bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor The Bank of New York Mellon  et al, its assignees and/or successors in interest jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Toyota Motor Credit Corporation paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kenneth Chism and Donna Chism
       Debtor(s)                                         Bankruptcy No: 16−15128−elf
                                                             Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                   For The Court
                                                              Timothy B. McGrath
                                                               Clerk of Court

Dated: 4/16/21

                                                                                                                             65 − 64
                                                                                                                 Form 138_new